# ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

NORTHERN DISTRICT OF TEXAS
**FILED**

AUG 2 8 2006

**CLERK, U.S. DISTRICT COURT**
By _____
Deputy

R.D. RYNO, 27953-077,        )
　　　　　　　Plaintiff,        )
　　　　　　　　　　　　　　　 )
v.                            )        No. 3:06-CV-1076-B
　　　　　　　　　　　　　　　 )        ECF
HONORABLE A. JOE. FISH,       )
　　　　　　　Defendant.        )

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the

Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are

adopted as the findings and conclusions of the Court.

Signed this _28th_ day of _Aug_____, 2006.


_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE